UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SAIM SARWAR<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 2:20-cv-00483-GZS<br>) |
| OM SAI LLC<br>Defendant, | )<br>)<br>) |

## JUDGMENT

Pursuant to the Order of Dismissal entered by U.S. District Judge George Z. Singal on May 18, 2021, the Plaintiff's Amended Complaint is Dismissed.

JUDGMENT of dismissal is hereby entered.

                                          CHRISTA K. BERRY
                                          CLERK


                              By:    /s/ Lindsey Tully
                                        Deputy Clerk

Dated: May 19, 2021